UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN R. CLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. 10-cv-05865 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 16);

(2) The matter is **REVERSED** and **REMANDED** to the administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk is directed to send copies of this Order to counsel of record and to enter judgment in this case in favor of plaintiff.

DATED this 7th day of November, 2011.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1