# United States District Court

## WESTERN DISTRICT OF WASHINGTON

DAWN R. CLINE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5865RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 16);

The matter is **REVERSED** and **REMANDED** to the administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).


___November 8, 2011___                                          ___WILLIAM M. McCOOL___
Date                                                                                    Clerk


                                                                                    ___s/CM Gonzalez___
                                                                                    Deputy Clerk